Docketed and dismissed on motion of counsel for appellees. No appearance for appellants. *Mr. Will E. Orgain* for appellees.

No. 220. Dodson et al., Attorneys-In-Fact, et al., *v.* Yeats, Executrix. September 8, 1939. Dismissed per stipulation pursuant to Rule 35. *Messrs. J. Francis O'Sullivan* and *Maurice J. O'Sullivan* for petitioners. *Mr. Clay C. Rogers* for respondent. Reported below: 345 Mo. —.

No. 12. Royal Indemnity Co. *v.* Woodbury Granite Co. et al. October 2, 1939. Dismissed per stipulation of counsel. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for petitioner. *Messrs. Joseph Fairbanks, Edward Stafford* and *Warren R. Austin, Jr.*, for Woodbury Granite Co., and *Mr. Louis M. Denit* for American Blower Corp., respondents.

No. 89. Getz et al. *v.* Edinburg Consolidated Independent School District. October 2, 1939. Dismissed on motion of counsel for the petitioners. *Mr. Vernon B. Hill* for petitioners. *Mr. W. L. Matthews* for respondent.

No. 101. Hamilton Gas Co. et al. *v.* Inland Gas Corp., Debtor, et al.;
Nos. 102 and 104. Piney Oil & Gas Co. *v.* Same; and
No. 103. Hamilton Gas Co. *v.* Same.